| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>WEINSTEIN, PINSON & RILEY, P.S.<br>Gail A. Rinaldi - SBN 133354<br>3830 Valley Centre Drive.<br>Suite 705411<br>San Diego, CA 92130<br>Telephone: 760-846-1003<br>Facsimile: 858-481-0545<br>Email: GailR@w-legal.com<br><br>Attorney for Nationstar Mortgage, LLC<br><br>☒ Attorney for Movant(s)<br>☐ Movant(s) appearing without an attorney | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 16 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gae    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>JOSEPH FRANK VILLA AND<br>MARGARITA R. VILLA,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:13-bk-21109-RK<br>CHAPTER: 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>Date: May 13, 2014<br><br>Time: 10:30 AM<br><br>Courtroom:1675 |

Movant:    NATIONSTAR MORTGAGE LLC, AS SERVICING AGENT FOR U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF LXS 2006-16N TRUST FUND

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following real property (Property):

   Street address:          8 20th Avenue
   City, state, zip code:   Venice, CA 90291


   Legal description or document recording number (including county of recording):

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 1                                    **F 4001-1.ORDER.RP**

    A CONDOMINIUM COMPRISED OF:
PARCEL 1:

    A)

    AN UNDIVIDED ½ INTEREST IN AND TO LOT 31 IN BLOCK 4 OF SHORT LINE BEACH DIVISION NO. 1, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 2, PAGE(S) 59 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, AND AS SET OUT IN CERTIFICATE OF COMPLIANCE FOR WAIVED PARCEL MAP LA NO. 7339, RECORDED OCTOBER 5, 2001, AS INSTRUMENT NO. 01-1989480 OF OFFICIAL RECORDS.

    EXCEPT THEREFROM UNITS 1 AND 2, AS DEFINED AND DELINEATED ON A CONDOMINIUM PLAN RECORDED FEBRUARY 5, 2002, AS INSTRUMENT NO. 02-277734 OF OFFICIAL RECORDS.

PARCEL 2:

    UNIT 1, AS DEFINED AS DELINEATED ON THE ABOVE REFEREED TO CONDOMINIUM PLAN.

☐ See attached page.

3.  The Motion is granted under:  ☒ 11 U.S.C. § 362(d)(1)  ☐ 11 U.S.C. § 362(d)(2)  ☐ 11 U.S.C. § 362(d)(3)
    ☐ 11 U.S.C. § 362(d)(4)

4.  As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

  a.  ☒ Terminated as to Debtor and Debtor's bankruptcy estate.
  b.  ☐ Annulled retroactively to the date of the bankruptcy petition filing.
  c.  ☐ Modified or conditioned as set forth in Exhibit ____ to this Order.

5.  ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6.  Movant must not conduct a foreclosure sale before the following date (*specify*): _____

7.  ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8.  ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9.  ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

    ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

    ☐ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state law governing notices of interests or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

February 2013    Page 2    **F 4001-1.ORDER.RP**

real property shall accept any certified copy of this Order for indexing and recording.

10. This court further orders as follows:

   a. ☐ The 14-day stay as provided in FRBP 4001(a)(3) is waived.
   b. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-10-ER*).
   c. ☐ See attached continuation page for additional provisions.

###

Date: May 16, 2014

_____
Robert Kwan
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*February 2013*                    Page 3                    **F 4001-1.ORDER.RP**